In re Petition for DISCIPLINARY AC-
TION AGAINST Harold R. FINN, Jr., an
Attorney at Law of the State of Minne-
sota.

No. CX–96–1042.

Supreme Court of Minnesota.

July 3, 1996.

*ORDER*

Based upon all the files, records and proceedings herein and upon the stipulation of the parties,

IT IS HEREBY ORDERED that respondent, Harold R. Finn, Jr., is suspended from the practice of law pending final disposition of this matter.

IT IS FURTHER ORDERED that the time to file an answer to the petition for disciplinary action pursuant to Rule 13(a), Rules on Lawyers Professional Responsibility, is waived.

BY THE COURT:

/s/ <u>Alan C. Page</u>
Alan C. Page
Associate Justice